peals for the Eighth Circuit denied. *Messrs. Charles P. Stewart, Clint C. Hine, Harry N. Quigley,* and *Samuel W. Baxter* for petitioner. *Mr. Harold G. Simpson* for respondent.

No. 501. Tomplain et al. *v.* United States. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hugh M. Wilkinson* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, A. W. Henderson,* and *Paul D. Miller* for the United States.

No. 502. Tomplain et al. *v.* United States. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hugh M. Wilkinson* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, A. W. Henderson,* and *W. Marvin Smith* for the United States.

No. 503. Beard *v.* United States. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Elwood H. Seal* and *Frank L. Muhleman* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson* and *Messrs. Claude R. Branch, E. T. Burke,* and *W. Marvin Smith* for the United States.

No. 507. Consolidated Machine Tool Corp. *v.* Collins Co. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harold E. Stonebraker* for peti-